STATE OF MAINE

SUPERIOR COURT
Cumberland, ss.
Docket No. CV-2020-161

DISTRICT COURT
Location _____
Docket No. _____

Richard Austin _____ Plaintiff

v.

Mainely Construction Rentals _____ Defendant
and Coastal Masonry _____ Address
Contracting, Inc.

SUMMONS
M.R.Civ.P. 4(d)

COPY

The Plaintiff has begun a lawsuit against you in the (District) (Superior) Court, which holds sessions at (street address) 205 Newbury St., in the Town/City of Portland, County of Cumberland, Maine. If you wish to oppose this lawsuit, you or your attorney MUST PREPARE AND SERVE A WRITTEN ANSWER to the attached Complaint WITHIN 20 DAYS from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of (District) (Superior) Court, 205 Newbury Street, Portland, Maine 04101.
(Mailing Address)    (Town, City)           (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: **If you fail to serve an answer** within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a **judgment by default may be entered against you** in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date: 4/27/20

Chad T. Hansen
92 Exchange St.
Portland, ME 04101
207-874-0905
chad @ EmployeeRightsLaw. Attorney

(Attorney for) Plaintiff
Address

Telephone

Email Address

(Seal of Court)

Heidi Bauer
Clerk

CV-030, Rev. 07/18