**STATE OF MAINE**
**CUMBERLAND, ss.**

**SUPERIOR COURT**
**CIVIL ACTION**
**DOCKET NO. CV-20-161**

RICHARD AUSTIN,                                )
                                               )
    Plaintiff,                             )
                                               )
                                               )
v.                                             )   NOTICE OF FILING
                                               )   NOTICE OF REMOVAL
MAINELY CONSTRUCTION RENTALS, and              )
COASTAL MASONRY CONTRACTING, INC.,             )
                                               )
    Defendants.                            )
                                               )

To:    Heidi Bauer, Clerk
        Cumberland County Superior Court
        205 Newbury Street
        Portland, ME 04101

        Chad T. Hansen
        MAINE EMPLOYEE RIGHTS GROUP
        92 Exchange Street
        Portland, ME 04101

      **PLEASE TAKE NOTICE** that, in accordance with 28 U.S.C. § 1446, on May 21, 2020,

Defendants Mainely Construction Rentals and Coastal Masonry Contracting, Inc. ("Coastal

Masonry") (collectively, "Defendants") filed a Notice of Removal, removing the above-styled

case from the Cumberland County Superior Court to the United States District Court for the

District of Maine pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. A copy of the federal court

Notice of Removal (without exhibits) is attached as **Exhibit A**.

      You are further advised that Defendants, upon filing the Notice of Removal in the Office

of the Clerk in the United States District Court for the District of Maine, also filed and served

this notice to effectuate removal pursuant to 28 U.S.C. § 1446(d).

**Exhibit B**

Therefore, Defendants respectfully request that this Court proceed no further in this matter.

DATED: May 21, 2020

*Shiloh Theberge (Jz)*
Shiloh D. Theberge
Tara A. Walker
BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME 04104-5029
(207) 774-1200 telephone
(207) 774-1127 facsimile
stheberge@bernsteinshur.com
twalker@bernsteinshur.com