IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| RICHARD AUSTIN,                              )<br>                                                              )<br>     Plaintiff,                                      )<br>                                                              )<br>v.                                                          )   Civil Action<br>                                                              )   Case No. 2:20-CV-00182-NT<br>MAINELY CONSTRUCTION RENTALS,  )<br>LLC and COASTAL MASONRY &        )<br>CONTRACTING, INC.,                          )<br>                                                              )<br>     Defendants.                                  ) | |

## DECLARATION OF TARA A. WALKER

I, Tara A. Walker, being duly sworn, state as follows

1. I am an Associate with the law firm of Bernstein Shur Sawyer & Nelson, P.A., 100 Middle Street, Portland, Maine 04104, telephone number (207) 774-1200, and I am counsel to Defendants, Mainely Construction Rentals, LLC and Coastal Masonry & Contracting, Inc. (the "Defendants").  I submit this Declaration in support of the Defendants' Notice of Removal.

2. I have personal knowledge of the matters set forth in this declaration.

3. I am submitting a complete copy of the record of this case in the state court proceeding as made prior to removal ("duplicate record").

4. Attached hereto as **Exhibits A-E** is the Attested Docket Record and the duplicate record which contains an accurate copy of every document, of every kind and description, docketed in the matter *Richard Austin v. Mainely Construction Rentals, LLC and Coastal Masonry Contracting, Inc.*, Cumberland County Superior Court, Docket No. CV-20-161, before removal to this Court.

2

5. The duplicate record reflects every action taken in this matter by the Cumberland County Superior Court prior to removal.

6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2020.

<u>/s/ Tara A. Walker</u>
Tara A. Walker